IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Artashes Melikyan | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Portfolio Recovery Associates, LLC and | ) |
| Freedman Anselmo Lindberg, LLC, | ) |
| | ) |
|         Defendants. | )    Jury Demanded |

# Complaint

Plaintiff brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

# Parties

1. Plaintiff, Artashes Melikyan, ("Melikyan"), is a citizen of the State of Illinois from whom Defendants attempted to collect an alleged consumer debt.

2. Defendant, Portfolio Recovery Associates, LLC ("PRA") is a debt collector under § 1692a of the FDCPA because it regularly collects consumer debts. PRA's main office is located at 120 Corporate Boulevard, Norfolk, Virginia.

3. Defendant Freedman Anselmo Lindberg, LLC ("Freedman"). Freedman is a debt collector under § 1692a of the FDCPA because it regularly collects consumer debts. Freedman is located at 1807 West Diehl Road, Naperville, IL 60566.

# Jurisdiction and Venue

4. This Court has jurisdiction under the FDCPA and 28 U.S.C. § 1331.

5. Venue is proper in this District because the acts and transactions occurred here and Defendants transact business here.

## Factual Allegations

6. On July 6, 2010, PRA sent a collection letter to Melikyan attempting to collect an alleged credit card debt. The letter states that a debt of $6,458 is owed to Capital One Bank, NA for an account ending in 6325. See 7/6/10 PRA Letter, attached as Exhibit A.

7. On July 22, 2010, Melikyan's attorney sent on behalf of Melikyan a letter to PRA disputing the alleged debt and demanding validation and verification of it. The letter also advised PRA to cease communications with Melikyan and to direct future correspondence to Melikyan's attorney. See 7/22/10 Letter to PRA, attached as Exhibit B.

8. On August 27, 2010 the law firm of Freedman Anselmo Lindberg, LLC ("Freedman") sent a letter to Melikyan stating that is was collecting the Capital One debt on behalf of PRA. See 8/27/10 Letter from Freedman, attached as Exhibit C.

9. On September 24, 2010, Melikyan's attorney faxed a letter to Freedman stating that Mr. Melikyan was represented by an attorney. The letter also stated that Melikyan disputed the debt and demanded validation and verification of it. The letter also advised both Freedman and PRA to cease communications with Melikyan and to direct future correspondence to Melikyan's attorney. See 9/24/10 Letter to Freedman, attached as Exhibit D.

10. On October 10, 2010 at 7:18 p.m., PRA called Mr. Melikyan to collect on the alleged debt. Mr. Melikyan advised the collector named Stephanie Briand (sp) that he was represented by an attorney. Mr. Melikyan gave Stephanie his attorney's contact information.

11. Nobody from PRA or Freedman ever contacted Melikyan's attorney.

12. From October 10, 2010 to November 7, 2010, PRA made numerous attempts to contact Melikyan by telephone.

13. On November 20, 2010, at 3:30 p.m., PRA again called Melikyan to collect the alleged debt. In this call, collector Ms. McBeth told Melikyan that she was collecting on the Capital One account.

14. Melikyan told Ms. McBeth that he previously told PRA that he was represented by an attorney and that Ms. McBeth should contact his attorney.

15. Ms. McBeth continued to question Melikyan about the alleged debt asking Melikyan why she should contact his attorney. Ms. McBeth also told Melikyan that his attorney has nothing to do with the alleged debt and that it is his responsibility to explain to her the legal reasons she is not supposed to contact him. Melikyan again advised her to contact his attorney and ended the call.

16. Nobody from PRA or Freedman ever contacted Melikyan's attorney.

## COUNT I
## Violation Of § 1692c(c) Of The FDCPA
## Failure to Cease Communications and Collections

17. Melikyan realleges the allegations above.

18. Section 1692c(c) of the FDCPA prohibits a debt collector from

3

communicating with a consumer after a direction to cease communications, and from continuing to demand payment of a debt that the consumer has indicated that they refuse to pay.  See, 15 U.S.C. § 1692c(c).

19. Melikyan's attorney sent a letter to PRA and told PRA to cease communications with Melikyan and to cease collections.  Both PRA and its agent Freedman continued to communicate with Melikyan regarding this debt and demand payment, Defendants violated § 1692c(c) of the FDCPA.

20. Defendants' violations of § 1692c(c) of the FDCPA render them liable for statutory damages, costs, and reasonable attorneys' fees.  See, 15 U.S.C. § 1692k.

## COUNT II
### Violation Of § 1692c(a)(2) Of The FDCPA
### Communicating with a Consumer Represented by Counsel

21. Melikyan realleges the allegations above.

22. Section 1692c(a)(2) of the FDCPA prohibits a debt collector from communicating with a consumer if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address.  See 15 U.S.C. § 1692c(a)(2).

23. Defendants knew or should have known that Melikyan was represented by counsel in connection with his alleged debt because his attorneys advised Defendants, in writing, that Melikyan was represented by counsel, and had directed a cessation of communications with Melikyan.  By contacting Melikyan in writing and by

telephone, despite being advised that he was represented by counsel, Defendants violated § 1692c(a)(2) of the FDCPA.

24. Defendants' violations of § 1692c(a)(2) of the FDCPA render them liable for statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

## Requested Relief

Plaintiff asks the Court:

(i) To enter judgment in favor of Plaintiff and against Defendants, for statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

(ii) Grant such further relief as the Court deems just.

## Jury Demand

Plaintiff demands a trial by jury.

/s/ Tony Kim
One of Plaintiff's Attorneys

Dated: January 25, 2011

James Shedden
Tony Kim
Schad, Diamond & Shedden, PC
332 S. Michigan Ave.
Suite 1000
Chicago, IL 60604
(312) 939-6280

**Attorneys for Plaintiff**

5



**Portfolio Recovery Associates, LLC**
We're giving debt collection a good name.

PRALL2-0706P715171-QLEP-7171

July 6, 2010
CAPITAL ONE BANK N.A.
CAPITAL ONE BANK N.A.
Account/Reference No.: 4802137087456325
* Balance: $6,544.27

## SECOND NOTICE: Account Selected for Legal Review

Unfortunately, we have not received a response to our recent letter informing you that your account was previously transferred to our Litigation Department. At this time, no attorney within the Litigation Department has personally reviewed the particular circumstances of your account.

**Portfolio Recovery Associates still wants to help you resolve this account and avoid potential legal action!**

We remain willing to settle this account for **$5,235.42** if funds are received in our office by **08/05/2010**.

*Benefits of settling this account by this date:*

- Your debt on this account will be resolved
- All collection activities on this account will cease
- You will avoid potential legal action
- If our company is reporting this account to the three major credit reporting agencies, we will request that our company's trade line be updated to reflect that this account is now settled.

However, if you do not resolve this account and legal action is taken against you, a judgment may ultimately be obtained and our local attorney may take any action that is legally available in your state to collect this debt to enforce any such judgment against you, including wage garnishments or property liens, if permitted by state law.

Please contact our office no later than **08/05/2010** by calling during our business hours to discuss how we can work together to resolve this account. We reserve the right to withdraw or modify this offer at a later date if no payments or payment arrangements are made by **08/05/2010**.

**Various Payment Options Available Including:**

| Call ☎ | Mail: ✉ |
|---|---|
| Call Toll-Free at **1-866-428-8102** to: <br>• Discuss payment arrangements <br>• Authorize automatic withdrawals from your bank account <br>• Complete a credit card* payment | • Complete the attached coupon. <br>• Make all checks and payments to: <br>PORTFOLIO RECOVERY ASSOCIATES, LLC. <br>P.O. Box 12903 <br>Norfolk VA 23541 |

*See back for information about credit card transaction fees that may be applied by third party vendors

Business Hours: 8AM to 9PM Mon Tue Thurs Fri; 8AM to 11PM Wed, 8 AM to 12 PM Sat, 3 PM to 9 PM Sun EST

*We are not obligated to renew this offer. Interest continues to accrue on this account until the account is satisfied, unless interest has been suspended. The above balance includes interest as of the date of this letter. You may contact us to obtain an exact payoff amount for a future date.*

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

Notice: See Reverse Side for Important Information

---

✂ ...... *** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT *** ...... ✂

Account/Reference Number: 4802137087456325

Dept 922
PO Box 4111
Concord, CA 94524-4111

Payment Amount: _____

Make check payable to PRA.

Address Service Requested

#BWNFTZF #PRA50493690100077#

ARTASHES MELIKYAN

LL2
Portfolio Recovery Associates LLC
P.O. Box 12903
Norfolk, VA 23541



EXHIBIT A

# SCHAD, DIAMOND & SHEDDEN, P.C.

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

332 SOUTH MICHIGAN AVENUE, SUITE 1000

CHICAGO, ILLINOIS 60604-4398

312 939-6280

FACSIMILE 312 939-4661

**ATTN: Disputes**
**By Fax 757-518-0860**

July 22, 2010

Portfolio Recovery Associates, LLC
P. O. Box 12903
Norfolk, VA 23541

Re: Reference #4802137087456325
Artashes Melikyan

Dear Portfolio Recovery Associates, LLC:

I represent Artashes Melikyan in connection with your attempt to collect a debt allegedly owed by him to Capital One Bank N.A..

Our client disputes this alleged debt and demands validation and verification of it under § 1692g of the Fair Debt Collection Practices Act, 15 USC 1692 et seq. Please cease all communications with our client and send the requested validation, as well as all other communications regarding this matter, to me instead of my client.

Sincerely,

Tony Kim

EXHIBIT B

SCHADDIAMONDSHEDDEN     Fax 3129394661

## \*\* Transmit Conf.Report \*\*

P.1                                               Jul 22 2010 02:58pm

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 17575180860 | Normal | 22:02:58pm | 0'38" | 2 | \* O K | |

**SCHAD, DIAMOND & SHEDDEN, P. C.**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
332 SOUTH MICHIGAN AVENUE
SUITE 1000
CHICAGO, ILLINOIS 60604-4398
(312) 939-6280
FACSIMILE (312) 939-4661

FACSIMILE TRANSMISSION

DATE: 7/22/10           TIME: _____

TO: Disputes

FACSIMILE TELEPHONE NUMBER: ( ) 757 518 0860

FROM: Tony Kim

TOTAL NUMBER OF PAGES: (Including this cover page): 2

IF YOU DO NOT RECEIVE THE NUMBER OF PAGES SPECIFIED, PLEASE CALL ME AT: (312) 939-6280.

COMMENTS: _____

ORIGINAL (WILL BE SENT) _____     (WILL NOT BE SENT) _____

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

Facsimile Operator: _____

LAW OFFICES

# FREEDMAN ANSELMO LINDBERG LLC

1807 WEST DIEHL ROAD SUITE 333 P.O. BOX 3228
NAPERVILLE, ILLINOIS 60566-7228
(630) 983-0770 FAX (630) 983-1487
TOLL FREE (877) 729-6734

**LOUIS S. FREEDMAN**

**PLEASE REFER TO FILE NO.**
10082104

August 27, 2010

**ARTASHES MELIKYAN**

Re: PORTFOLIO RECOVERY ASSOCIATES, LLC
ORIGINAL CREDITOR: CAPITAL ONE BANK
Balance claimed as of the date of this letter: $6,454.34

Dear Sir or Madam:

Please take notice that the captioned creditor has placed with us your account as their debt collector to pursue collection in the full amount stated. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. It is important that you contact this office regarding this account. You are urged to send your payment directly to this office.

If at all possible, we are prepared to collect this account without inconvenience to you.

If you do not dispute the validity of this debt, or any portion thereof, within 30 days of receipt of this letter, the debt will be assumed to be valid by the debt collector. If you notify the debt collector in writing within the thirty day period that the debt, or any portion thereof, is disputed, the debt collector will mail verification to you. The debt collector will also provide you with the name and address of the original creditor, if different from the current creditor, if you request same from the debt collector in writing within 30 days of receipt of this letter. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

Very truly yours,

*Freedman Anselmo Lindberg LLC*

PAF/D1D1NR


EXHIBIT C

SCHAD, DIAMOND & SHEDDEN, P.C.

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

332 SOUTH MICHIGAN AVENUE, SUITE 1000

CHICAGO, ILLINOIS 60604-4398

312 939-6280

FACSIMILE 312 939-4661

ATTN: Dispute Department
By Fax (630) 983-1487

September 24, 2010

Louis Freedman
Freedman Anselmo Lindberg, LLC
1807 West Diehl Road, Suite 333
Naperville, IL 60566

Re: Reference – Artashes Melikyan

Dear Mr. Freedman:

We represent Artashes Melikyan in connection with your attempt to collect a debt of $6,454.34 allegedly owed by him to Portfolio Recovery Associates, LLC.

Our client disputes this alleged debt and demands validation and verification of it under § 1692g of the Fair Debt Collection Practices Act, 15 USC 1692 et seq. Your firm and Portfolio Recovery Associates, LLC are in violation of the FDCPA as we previously advised Portfolio Recovery that we represent Mr. Melikyan and advised it to cease communication with our client. Please cease all communications with our client and send the requested validation, as well as all other communications regarding this matter, to me instead of our client.

Sincerely,

Tony Kim

EXHIBIT D

SCHADDIAMONDSHEDDEN    Fax 3129394661

## ** Transmit Conf.Report **

P.1                                              Sep 24 2010 02:50pm

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 16309831487 | Normal | 24:02:50pm | 0'34" | 2 | # O K | |

SCHAD, DIAMOND & SHEDDEN, P. C.

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

332 SOUTH MICHIGAN AVENUE

SUITE 1000

CHICAGO, ILLINOIS 60604-4398

(312) 939-6280

FACSIMILE (312) 939-4661

FACSIMILE TRANSMISSION

DATE: 9/24/10                TIME: _____

TO: Louis Freedman

FACSIMILE TELEPHONE NUMBER: ( ) 630/983-1487

FROM: Tony Kim

TOTAL NUMBER OF PAGES: (Including this cover page): 2

IF YOU DO NOT RECEIVE THE NUMBER OF PAGES SPECIFIED, PLEASE CALL ME AT: (312) 939-6280.

COMMENTS: _____

ORIGINAL (WILL BE SENT) _____    (WILL NOT BE SENT) _____

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

Facsimile Operator: _____