IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Artashes Melikyan | ) | |
|       Plaintiff, | ) | Judge Pallmeyer |
| | ) | |
| v. | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC and | ) | |
| Freedman Anselmo Lindberg, LLC, | ) | |
| | ) | |
|       Defendants. | ) | Jury Demanded |

## Notice of Voluntary Dismissal

The parties have entered into a settlement agreement and release.

Plaintiff voluntarily dismisses the case with prejudice.

                                                                                         /s/ Tony Kim
                                                                                     One of Plaintiff's Attorneys

Dated: March 22, 2011

James Shedden
Tony Kim
Schad, Diamond & Shedden, PC
332 S. Michigan Ave.
Suite 1000
Chicago, IL 60604
(312) 939-6280

**Attorneys for Plaintiff**