# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 559 | **DATE** | 3/23/2011 |
| **CASE TITLE** | Artashes Melikyan vs. Portfolio Recovery Associates, LLC, et al | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed voluntarily with prejudice. Status hearing set for 3/28/2011 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|